IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Crim. No. 02-15 (7) Erie |
| ) | (Civil Action No. 04-199 Erie) |
| RONALD A. DOMIAN ) | |

### JUDGMENT ORDER

And Now this 29th day of January, 2007, the Court having denied Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255,

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:  Ronald A. Domian
     No. 20115-068
     FCI CUMBERLAND
     PO BOX 1000
     Cumberland, MD 21501

     Assistant United States Attorney
     (by electronic mail)